UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| AMERICAN HOTEL REGISTER COMPANY, | Case No. 1:07cv709 |
| Plaintiff, | JUDGE KATHLEEN O'MALLEY |
| v. | **ORDER** |
| AMERICAN SALES BROKERAGE, COMPANY, d/b/a AMERICAN SALES COMPANY, INC., |  |
| Defendant. |  |

 Before the Court is Plaintiff's Motion for Expedited Discovery (Doc. 6), in which Plaintiff seeks the Court's permission to engage in expedited discovery in advance of the Court's hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. 5). The parties have already agreed to a Temporary Restraining Order (Doc. 9), and a hearing on Plaintiff's request for a preliminary injunction is scheduled for March 29, 2007. Plaintiff asks the Court to permit limited, narrowly tailored discovery prior to that hearing in the form of requests for production of documents and a deposition pursuant to Rule30(b)(6) of the Federal Rules of Civil Procedure. Because the Court finds that this case warrants such limited discovery, it **GRANTS in part** Plaintiff's motion.

Accordingly, Defendant must respond to Plaintiff's First Set of Requests for Production of Documents, with the exception of request numbers four, five and seven, by March 26, 2007 at 10:00 a.m. In addition, Plaintiff is permitted to conduct one Rule 30(b)(6) deposition on or before March 27, 2007 at a date and location agreed upon by the parties.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

**Dated: March 20, 2007**